IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

CARLOS ROBERTO LEANDRY TORO
DAISY AMARILYS LEBRON MARTINEZ

DEBTORS

CASE NO. 12-01200-MCF

CHAPTER 7

NOTICE OF FILING OF AMENDED CHAPTER 7
INDIVIDUAL DEBTORS' STATEMENT OF INTENTION

TO THE HONORABLE COURT:

NOW COME, CARLOS ROBERTO LEANDRY TORO and DAISY AMARILYS LEBRON MARTINEZ, debtors in the above captioned case, through the undersigned attorney, and very respectfully state and pray:

1. Debtors are hereby submitting *Amended Chapter 7 Individual Debtor's Statement of Intention*, dated August 18, 2014, herewith and attached to this motion.

2. This amendment to the Chapter 7 Individual Debtor's Statement of Intention is filed <u>to state that property securing debt with creditor Coop A/C Maunabo will be retained, that property securing debt with creditor First Bank will be surrendered, and that residential lease with Daniel Matos will be assumed.</u>

I CERTIFY that on this same date a copy of this notice was sent by the Clerk of the Court using CM/ECF systems which will send notifications of such to the Chapter 7 Trustee; and also certify that I have mailed by United States Postal Service copy of this motion to the debtors and to all creditors and interested parties appearing in the master address list, hereby attached.

RESPECTFULLY SUBMITTED. In San Juan, Puerto Rico, this 20th day of August, 2014.

*/s/ Roberto Figueroa Carrasquillo*
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR PETITIONER
PO BOX 186 CAGUAS PR 00726
TEL NO (787) 744-7699
FAX NO (787) 746-5294
EMAIL: rfigueroa@rfclawpr.com

B8 (Official Form 8) (12/08)

## United States Bankruptcy Court
### District of Puerto Rico

IN RE:     Case No. __12-01200-7__

__LEANDRY TORO, CARLOS ROBERTO & LEBRON MARTINEZ, DAISY AMARILYS__     Chapter __7__

Debtor(s)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No. 1 | |
|---|---|
| **Creditor's Name:** COOP A/C MAUNABO | **Describe Property Securing Debt:** 2007 Toyota Yaris |
| Property will be *(check one)*: ☐ Surrendered  ☑ Retained | |
| If retaining the property, I intend to *(check at least one)*: ☐ Redeem the property  ☑ Reaffirm the debt  ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)). | |
| Property is *(check one)*: ☑ Claimed as exempt  ☐ Not claimed as exempt | |

| Property No. 2 (if necessary) | |
|---|---|
| **Creditor's Name:** FIRST BANK | **Describe Property Securing Debt:** 2005 GMC Envoy |
| Property will be *(check one)*: ☑ Surrendered  ☐ Retained | |
| If retaining the property, I intend to *(check at least one)*: ☐ Redeem the property  ☐ Reaffirm the debt  ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)). | |
| Property is *(check one)*: ☐ Claimed as exempt  ☑ Not claimed as exempt | |

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:** Daniel Matos | **Describe Leased Property:** Residential Lease | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2): ☑ Yes  ☐ No |

| Property No. 2 (if necessary) | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2): ☐ Yes  ☐ No |

___ continuation sheets attached *(if any)*

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date: __August 18, 2014__

_/s/_ Signature of Debtor

_/s/_ Signature of Joint Debtor

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

LEANDRY TORO, CARLOS ROBERTO
PO BOX 2121
JUNCOS, PR  00777-2121

FIRST BANK
PO BOX 19327
SAN JUAN, PR  00910-1427

LEBRON MARTINEZ, DAISY AMARILYS
PO BOX 2121
JUNCOS, PR  00777-2121

ISLAND FINANCE
PO BOX 195369
SAN JUAN, PR  00919-5369

R. Figueroa Carrasquillo Law Office
PO Box 186
Caguas, PR  00726-0186

MUEBLERIA BERRIOS
PO BOX 674
CIDRA, PR  00739-0674

Claro
PO Box 70366
San Juan, PR  00936-8366

COOP A/C LAS PIEDRAS
APARADO 414
LAS PIEDRAS, PR  00771

COOP A/C MAUNABO
PO BOX 127
MAUNABO, PR  00707-0127

COOP A/C VALENCIANO
PO BOX 1510
JUNCOS, PR  00777-1510

Daniel Matos
Juncos, PR  00777

Dish Network
PO Box 94063
Palatine, IL  60094-4063

DPTO DE TRANSPORTACION Y OBRAS
PUBLICAS
PO BOX 41269
SAN JUAN, PR  00940-1269